IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT LEE NOELL, | § § | |
| Applicant, | § § | |
| VS. | § § | NO. 4:08-CV-729-A |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

O R D E R

Came on for consideration the above-captioned action wherein Robert Lee Noell ("Noell") is applicant and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is an application for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On March 25, 2009, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation ("FC&R"), and ordered that the parties file objections, if any, thereto by April 15, 2009. On April 8, 2009, Noell filed a document entitled "Notice of Right To Object To Proposed Findings, Conclusions and Recommendation and Consequences of Failure to Object." Respondent has not made any further response. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure,

the court makes a <u>de novo</u> determination of those portions of the proposed findings or recommendations to which specific objection is made. <u>United States v. Raddatz</u>, 447 U.S. 667 (1980). The court is not addressing any nonspecific objections or any frivolous or conclusory objections. <u>Battle v. United States Parole Comm'n</u>, 834 F.2d 419, 421 (5th Cir. 1987); <u>see also</u> <u>Edmond v. Collins</u>, 8 F.3d 290, 293 n.7 (5th Cir. 1993).

The Magistrate Judge recommended that Noell's application be denied. As categorized in the FC&R, Noell challenges a 2008 disciplinary proceeding which resulted in the loss of thirty days' recreation and commissary privileges and a reduction in class status from S3 to L1. The Magistrate Judge concluded that Noell failed to show the violation of a constitutionally protected interest and recommended that the application be denied. The document submitted by Noell appears to reargue the underlying bases for the application but does not address the Magistrate Judge's conclusion that he has failed to state the violation of a constitutionally protected interest.[1] The court need not address such nonspecific objections. <u>See</u> <u>Battle</u>, 834

---

[1] During the pendency of his application, Noell has submitted additional documentation to the court, all of which appears to be related to the underlying disciplinary proceeding but which could not be considered objections to the FC&R.

2

F.2d at 421; <u>Edmond</u>, 8 F.3d at 293 n.7. Noell has adduced nothing that entitles him to relief on any of his claims.

Therefore,

The court accepts the findings, conclusions and recommendation of the Magistrate Judge, and ORDERS that the application of Robert Lee Noell for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be, and is hereby, denied.

SIGNED May 8, 2009.

_____
JOHN McBRYDE
United States District Judge